IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | |
| This Document Relates to | Case No. 3:21-md-3004-NJR |
| *John L. Floyd v. Syngenta AG, Chevron USA, Inc., and Syngenta Crop Protection, LLC*<br>Case No. 3:23-pq-3059-NJR | MDL No. 3004 |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of August 28, 2024, in MDL No. 3004 (Doc. 5361), this action is **DISMISSED without prejudice**.

DATED:  September 3, 2024

                                        MONICA A. STUMP,
                                        Clerk of Court

                                        By:  s/ *Deana Brinkley*
                                             Deputy Clerk

APPROVED:  s/ *Nancy J. Rosenstengel*
                   NANCY J. ROSENSTENGEL
                   Chief U.S. District Judge